

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§          No. 08-14-00318-CR

IN RE:  LEONARD STRICKLAND,
                                                        §          AN ORIGINAL PROCEEDING

Relator.                            §          IN MANDAMUS

§

## MEMORANDUM OPINION

Leonard Strickland, Relator, has filed a petition for writ of mandamus against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso County, Texas, asking that we order her to find that his conviction violates the double jeopardy clause.  We dismiss the mandamus petition for want of jurisdiction.

A court of appeals has jurisdiction to issue a writ of mandamus against certain judges within its geographic district.  TEX.GOV'T CODE ANN. § 22.221(b)(West 2004).  A court of appeals also has authority to issue a writ of mandamus if it is necessary to enforce its jurisdiction.  *Id*. § 22.221(a).  By his mandamus petition, Relator is seeking to challenge a final felony conviction in cause number 20080D05040.  An attack on the validity of a final felony conviction can only be raised by writ of habeas corpus.  The Court of Criminal Appeals has exclusive jurisdiction to grant relief in a post-conviction habeas corpus proceeding where there is a final felony conviction.  *Padieu v. Court of Appeals of Texas, Fifth District*, 392 S.W.3d 115,

117 (Tex.Crim.App. 2013); *Ex parte Alexander*, 685 S.W.2d 57, 60 (Tex.Crim.App. 1985); TEX.CODE CRIM.PROC.ANN. art. 11.07 § 5 (West Supp. 2014). Consequently, we dismiss the mandamus petition for lack of jurisdiction.

January 14, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)